# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Leon Hawes | : | Case No. 14-17958 |
| | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |

## MOTION TO VACATE ORDER DISMISSING CASE

Debtor, by his, Attorney, Diane E. Barr, Esquire respectfully represents that:

1. Debtor filed the instant Chapter 13 Petition on October 6, 2014.

2. An order to dismiss the case was entered on May 2, 2017 for failure to make plan payments.

3. Debtor mistakenly missed the required deadline to cure the payments.

4. Debtor's counsel is in possession of certified funds necessary to bring the trustee payment's current.

WHEREFORE, Debtor prays that this Honorable Court reconsiders its Order dismissing the case and that the case be reinstated.

Date: May 7, 2017                                  /s Diane E. Barr, Esquire

                                                   Diane E. Barr, Esquire
                                                   Attorney for Debtor