# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Leon Hawes<br><br>                                   Debtor<br>WELLS FARGO BANK, N.A.<br>                                   Movant<br>v.<br>Leon Hawes<br>Valerie Hawes (CoDebtor) and<br>William C. Miller, Esquire<br><br>                                   Respondents | 14-17958 AMC<br><br>Chapter 13 Proceeding |

## ORDER

AND NOW, this 17th day of January, 2018, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) and the CoDebtor Stay of §1301 is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure on the property located at 2240 Fitzwater Street, Philadelphia, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, WELLS FARGO BANK, N.A. shall have the continuing authority to contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:
Harry B. Reese
Attorney for Movant

Diane E. Barr, Esquire
Attorney for Debtor

Leon Hawes
Debtor

William C. Miller, Esquire
Trustee